## Mary AMERSON; Michael Alex Hayes, Appellants,

v.

State of IOWA; Polk County, IA; City of Des Moines, IA; City of Windsor Heights, Iowa; Des Moines Independent Community School District; Heartland Area Education Agency; Youth Homes of Mid America; M. Katherine Miller; Fifth Judicial District of Iowa; Broadlawns Medical Center; Child Psychiatry Associates; Kent Kunze; Iowa Department of Education; Department of Human Services; Iowa Department of Inspections Appeals; Legal Services Corporation of Iowa; Jean Davis, Appellees.

No. 05–2244.

United States Court of Appeals, Eighth Circuit.

Submitted: May 2, 2006.

Filed: Aug. 2, 2006.

■

Mary Amerson, Des Moines, IA, pro se.

Michael Alex Hayes, Des Moines, IA, pro se.

Charles Keith Phillips, Attorney General's Office, Helen Christine Adams, Rebecca Boyd Dublinske, Dickinson & Mackaman, Susan A. Low, City Attorney's Office Legal Department, Andrew J. Bracken, Nathan J. Overberg, Ahlers & Cooney, Sue Luettjohann Seitz, Belin & Lamson, William F. Fanter, Andrew C. Johnson,

Bradshaw & Fowler, David Lee Brown, Hansen & McClintock, Dennis Wayne Johnson, Amy Marie Bjork, Dorsey & Whitney, James Frederick Elliott, Des Moines, IA, for Appellees.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

■

PER CURIAM.

Mary Amerson and Michael Alex Hayes appeal the district court's[1] order dismissing, as failing to state a claim or as res judicata barred, their civil rights action concerning defendants' handling of matters related to school, custody, and parental rights. Following careful review, we affirm the judgment of the district court for the reasons discussed in the court's order. See 8th Cir. R. 47B.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.